**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  06-cv-01503-REB-PAC

TERRY L. PERKINS,
TERESA A. PERKINS, and
TODD PERKINS,

    Plaintiffs,

v.

JERRY JOHNSON, d/b/a Jupiter Lending,
MILE HIGH MORTGAGE PROCESS, LLC, a Colorado limited liability company,
COUNTRYWIDE HOME LOANS, INC., a New York corporation, and
COUNTRYWIDE BANK, a division of Treasury Bank, N.A.,

    Defendants.

---

**ORDER OF DISMISSAL AS TO DEFENDANTS
COUNTRYWIDE HOME LOANS, INC. AND
COUNTRYWIDE BANK, A DIVISION OF TREASURY BANK, N.A.**

---

**Blackburn, J.**

    The matter comes before the court on the **Stipulation to Dismiss Defendants Countrywide Home Loans, Inc. and Countrywide Bank, a Division of Treasury Bank, N.A.** [#19], filed November 18, 2006.  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that plaintiffs' claims against defendants Countrywide Home Loans, Inc., and Countrywide Bank, a Division fo Treasury Bank, N.A., should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulation to Dismiss Defendants Countrywide Home Loans, Inc. and Countrywide Bank, a Division of Treasury Bank, N.A.** [#19], filed November

18, 2006, is **APPROVED**;

2. That plaintiffs' claims against defendants Countrywide Home Loans, Inc., and Countrywide Bank, a Division fo Treasury Bank, N.A., **ARE DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

3. That any pending motion filed on behalf of defendants Countrywide Home Loans, Inc., and Countrywide Bank, a Division fo Treasury Bank, N.A., is **DENIED** as moot;

4. That defendants Countrywide Home Loans, Inc., and Countrywide Bank, a Division fo Treasury Bank, N.A., **ARE DROPPED** as named parties to this action, and the case caption is amended accordingly.

Dated November 8, 2006, at Denver, Colorado.

                                          **BY THE COURT:**

                                          **s/ Robert E. Blackburn**
                                          **Robert E. Blackburn**
                                          **United States District Judge**