IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 06-cv-01503-REB-PAC

TERRY L. PERKINS,
TERESA A. PERKINS, and
TODD PERKINS,

    Plaintiffs,

v.

JERRY JOHNSON, d/b/a Jupiter Lending, and
MILE HIGH MORTGAGE PROCESS, LLC, a Colorado limited liability company,

    Defendants.

## ORDER DISMISSING AND DROPPING DEFENDANT MILE HIGH MORTGAGE PROCESS

**Blackburn, J.**

The matter comes before the court on the **Plaintiffs' Notice of Dismissal of Mile Mortgage Process** [#24], filed December 13, 2006. After careful review of the notice and the file, the court has concluded that the notice should be approved and that plaintiffs' claims against defendant Mile High Mortgage Process should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

    1. That the **Plaintiffs' Notice of Dismissal of Mile Mortgage Process** [#24], filed December 13, 2006, is **APPROVED**;

    2. That plaintiffs' claims against defendant Mile High Mortgage Process **ARE DISMISSED WITHOUT PREJUDICE**; and

3. That defendant Mile High Mortgage Process is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated December 15, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**