IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01503-REB-PAC

TERRY L. PERKINS,
TERESA A. PERKINS, and
TODD PERKINS,

      Plaintiffs,

v.

JERRY JOHNSON, d/b/a Jupiter Lending,

      Defendants.

_____

## MINUTE ORDER
_____

### ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER

      IT IS HEREBY **ORDERED** that the Motion to Withdraw [filed April 3, 2007; Doc. No. 42] is **GRANTED**.  William D. Thode is permitted to withdraw as counsel of record for defendant Countrywide Home Loans, Inc., and Countrywide Bank, N.A., as he is leaving the firm of Bloom Murr & Accomazzo, P.C.  Eric P. Accomazzo will continue to represent the above named defendants.

Dated:  April 3, 2007