IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01503-REB-PAC

TERRY L. PERKINS,
TERESA A. PERKINS, and
TODD PERKINS,

      Plaintiffs,

v.

JERRY JOHNSON, d/b/a Jupiter Lending,

      Defendants.

---

ORDER

---

O. Edward Schlatter, United States Magistrate Judge

      Plaintiffs sue defendant Johnson for violation of the anti-kickback prohibitions of the Real Estate Settlement Procedures Act, violation of the Colorado Consumer Protection Act, and common law fraud.  The matter before the court is Plaintiff's Motion to Amend Complaint (Doc. #40), filed March 21, 2007.

      Plaintiffs seek leave to amend their Complaint to add Leonid Shifrin and Matthew Green as party defendants.  Plaintiffs allege that Shifrin and Green were involved in a mortgage brokerage business with defendant Johnson under the names of Jupiter Lending, LLC and Mile Hi Process, LLC.  Plaintiffs purport to assert the same claims against Shifrin and Green as are asserted against defendant Johnson.

      Defendant objects to the proposed amendment on the ground that the claims against Shifrin and Green are time-barred.

      Under Fed.R.Civ.P. 15(a), leave to amend shall be freely given when justice so requires.  A motion to amend may be denied where the proposed amendment is futile.  *See*

*Foman v. Davis,* 371 U.S. 178, 182 (1962)).  Denial of leave to amend based on a statute

of limitations defense is inappropriate unless the applicability of the defense is clear from

the face of the pleading.  *See Aldrich v. McCulloch Properties,* Inc., 627 F.2d 1036, 1041

n.4 (10th Cir. 1980)(discussing Rule (12(b)(6) motion); *Bullington v. United Air Lines, Inc.*,

186 F.3d 1301, 1310 n.3  (10th Cir. 1999)(same).

Plaintiffs do not allege any of the relevant dates in the tendered First Amended

Complaint.  It is thus not clear from the pleading that plaintiffs' claims against defendants

Shifrin and Green are time-barred.

Moreover, the tendered First Amended Complaint is timely under the Scheduling

Order.  *See* Doc. #36 (setting April 1, 2007 as deadline for joinder of parties and

amendment of pleadings).  Accordingly, it is

HEREBY **ORDERED** that Plaintiff's Motion to Amend Complaint (Doc. #40), filed

March 21, 2007, is **GRANTED**.  It is

FURTHER **ORDERED** that the tendered First Amended Complaint, attached to

Plaintiff's Motion, shall be filed this date.  It is

FURTHER **ORDERED** that the caption in this case shall be amended to add Leonid

Shifrin, individually and d/b/a Jupiter Lending, LLC, and Mile Hi Mortgage Process, LLC,

and Matthew Green, individually and d/b/a Jupiter Lending, LLC, and Mile Hi Mortgage

Process, LLC, as party defendants.

Dated April 16, 2007.

BY THE COURT:

s/ O. Edward Schlatter
O. EDWARD SCHLATTER
United States Magistrate Judge

2