**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-01503-REB-PAC

TERRY L. PERKINS,
TERESA A. PERKINS, and
TODD PERKINS,

      Plaintiffs,

v.

JERRY JOHNSON, d/b/a Jupiter Lending,
LEONID SHIFRIN, individually and d/b/a Jupiter Lending, and
MATTHEW GREEN, individually and d/b/a Jupiter Lending,

      Defendants.

---

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

---

**Blackburn, J.**

      The matter before me is the **Recommendation of United States Magistrate Judge** [#63], filed June 19, 2007.  No objections having been filed to the recommendation, I review it only for plain error.  **_See Morales-Fernandez v. Immigration & Naturalization Service_**, 418 F.3d 1116, 1122 (10th Cir. 2005).[1]  Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

      **THEREFORE, IT IS ORDERED** as follows:

      1. That the **Recommendation of United States Magistrate Judge** [#63], filed

---

[1] This standard pertains even though defendant Shifrin, who filed the motion to which the Recommendation pertains, is proceeding _pro se_.  **_See Morales-Fernandez_**, 418 F.3d at 1122.

June 19, 2007, is **APPROVED AND ADOPTED** as an order of this court;

    2.  That defendant Leonid Shifrin's **Motion To Dismiss or for Summary Judgment** [#54], filed May 16, 2007, is **DENIED AS MOOT**.

    Dated July 16, 2007, at Denver, Colorado.

                         **BY THE COURT:**

                         **s/ Robert E. Blackburn**
                         **Robert E. Blackburn**
                         **United States District Judge**