IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01503-REB-KLM

TERRY L. PERKINS,
TERESA A. PERKINS, and
TODD PERKINS,

    Plaintiffs,

v.

JERRY JOHNSON, d/b/a Jupiter Lending,
LEONID SHIFRIN, individually and d/b/a Jupiter Lending, and
MATTHEW GREEN, individually and d/b/a Jupiter Lending,

    Defendants.

_____

### MINUTE ORDER
_____

### ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN  L. MIX

    This matter is before the Court on Defendant Jerry Johnson's Motion to Compel [Docket No. 95, Filed October 24, 2007] (the "Motion").  Defendant Johnson fails to certify that he conferred with opposing counsel before filing his Motion.  D.C. Colo. C. Civ. R. 7.1.A clearly states that "[t]he court *will not* consider any motion, . . . unless counsel for the moving party or a *pro se* party, before filing the motion, has conferred or made reasonable, good faith efforts to confer with opposing counsel or a *pro se* party to resolve the dispute matter" (first emphasis added).  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **STRICKEN.**

Dated:  October 26, 2007