# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Kristen L. Mix

| | |
|---|---|
| **Civil Action No.:** 06-cv-01503-REB-KLM | **FTR** - Reporter Deck - Courtroom A-501 |
| **Date:** December 06, 2007 | Courtroom Deputy, Ellen E. Miller |

_____

TERRY L. PERKINS,  John F. Head
TERESA A. PERKINS, and
TODD PERKINS,

    **Plaintiff(s),**

v.

JERRY JOHNSON, individually and
d/b/a JUPITER LENDING, LLC,
MATTHEW GREEN, individually and
d/b/a JUPITER LENDING, LLC,

    **Defendant(s),**

LEONID SHIFRIN, individually and  Pro Se
d/b/a JUPITER LENDING, LLC,

    **Defendant(s) / Third-Party Plaintiff(s),**

JENNIFER M. FRY,  Pro Se

    **Third-Party Defendant.**

_____
## COURTROOM MINUTES / MINUTE ORDER
_____

**HEARING: EVIDENTIARY HEARING**
**Court in Session:** 10:15 a.m.
Court calls case. Appearance of Jennifer M. Fry, Leonid Shifrin, and attorney John F. Head.

The Court raises Third-Party Defendant Fry's Motion to Dismiss and Answer [Docket No. 101].

Witness Third-Party Defendant JENNIFER M. FRY is sworn.

Questions by the Court.

**10:52 a.m.**     Court takes a brief recess.

**10:55 a.m.**     Court reconvenes.

Ms. Fry resumes the witness stand.

Objections to exhibits by Mr. Shifrin. Objections are noted by the Court.

Third-Party Defendant Fry's EXHIBITS 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, and 14 are ADMITTED.

Cross-examination by Leonid Shifrin.

Third-Party Plaintiff Shifrin's EXHIBIT B is ADMITTED.

Witness Fry is excused from the witness stand.

Third-Party Defendant Fry rests.

Third-Party Plaintiff's witness QILLY YANKOVICH is sworn.

Direct examination by Leonid Shifrin.
Cross examination by Jennifer Fry.
Re-Direct examination by Leonid Shifrin.

Witness Yankovich is excused.

Third-Party Plaintiff's witness JOHN F. HEAD is sworn.

Direct examination by Leonid Shifrin.
Cross examination by Jennifer Fry.
Re-Direct examination by Leonid Shifrin.

Witness Head is excused.

Third-Party Plaintiff Shifrin rests.

*06-cv-01503-REB-KLM*
*Evidentiary Hearing*
*December 06, 2007*

**It is ORDERED:** Third-Party Defendant Fry's MOTION TO DISMISS AND ANSWER (Docket No. 101, Filed October 25, 2007) is **TAKEN UNDER ADVISEMENT**. The Court will issue a written Order in due course.

HEARING CONCLUDES.

**Court in recess:** 11:41 a.m.

Total In-Court Time: 01:21

Attachments: Exhibits 1 through 14 and Exhibit B.