IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 06-cv-01503-REB-PAC

TERRY L. PERKINS,
TERESEA A. PERKINS, and
TODD PERKINS,

    Plaintiffs,

v.

JERRY JOHNSON, d/b/a Jupiter Lending,
LEONID SHIFRIN, d/b/a Mile High Mortgage Process, LLC, d/b/a Jupiter Lending, LLC, and
MATTHEW GREEN, d/b/a Mile High Mortgage Process, LLC, d/b/a Jupiter Lending, LLC

    Defendant.

## MINUTE ORDER[1]

The matter comes before the court on plaintiffs' **Motion For Entry of Default Judgment Against Matthew Green** [#130], filed January 24, 2008. The motion is **DENIED**. Plaintiffs have not shown that the clerk has entered default as to this defendant pursuant to Fed.R.Civ.P. 55(a).

    Dated: January 24, 2008

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.