IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 06-cv-01503-REB-PAC

TERRY L. PERKINS,
TERESEA A. PERKINS, and
TODD PERKINS,

    Plaintiffs,

v.

JERRY JOHNSON, d/b/a Jupiter Lending,
LEONID SHIFRIN, d/b/a Mile High Mortgage Process, LLC, d/b/a Jupiter Lending, LLC, and
MATTHEW GREEN, d/b/a Mile High Mortgage Process, LLC, d/b/a Jupiter Lending, LLC

    Defendant.

## ORDER ADOPTING RECOMMENDATION OF
## UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

The matter before me is the **Recommendation of United States Magistrate Judge** [#119], filed December 19, 2007. No objections having been filed to the recommendation, I review it only for plain error. *See Morales-Fernandez v. Immigration\ & Naturalization Service*, 418 F.3d 1116, 1122 (10th Cir. 2005).[1] Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted as an order of this court.

---

[1] This standard pertains even though the implicated party, third-party defendant Jennifer Fry, is proceeding *pro* se in this matter. *Morales-Fernandez*, 418 F.3d at 1122.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#119], filed December 19, 2007, is **APPROVED AND ADOPTED** as an order of this court; and

2. That third-party defendant Jennifer Fry's **Motion To Dismiss and Answer** [#101], filed October 25, 2007, is **DENIED** insofar as the motion to dismiss is concerned.[2]

Dated January 29, 2008, at Denver, Colorado.

                                        **BY THE COURT:**

                                        s/ Robert E. Blackburn
                                        Robert E. Blackburn
                                        United States District Judge

---

[2] Insofar as the document constitutes Fry's answer to the third-party complaint, the magistrate judge has already accepted the answer, although untimely filed. (**See Recommendation of United States Magistrate Judge** at 8 & n.7 [#119], filed December 19, 2007.)