IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01503-REB-KLM

TERRY L. PERKINS,
TERESA A. PERKINS, and
TODD PERKINS,

    Plaintiffs,

v.

JERRY JOHNSON, d/b/a Jupiter Lending, and
MATTHEW GREEN, individually and d/b/a Jupiter Lending,

    Defendants,

LEONID SHIFRIN, individually and d/b/a Jupiter Lending,

    Defendant and Third-Party Plaintiff,

JENNIFER M. FRY, d/b/a Mile High Mortgage Planning, d/b/a Mile High Mortgage Process,

    Third-Party Defendant.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant Jerry Johnson's Motion to Compel [Docket No. 141; Filed February 12, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **DENIED**. The Motion essentially seeks to reopen discovery and authorize Defendant Johnson to propound certain discovery requests on Plaintiffs. The discovery deadline in this case expired on June 1, 2007, and the case is on the eve of trial. Defendant Johnson has failed to demonstrate good cause for this Court to amend the Scheduling Order and reopen discovery. Further, there is no justification for Defendant's delay in seeking an extension of the discovery cut-off or in filing this motion to compel the discovery he claims to have requested, but did not receive. The discovery issues recounted in the Motion should have and could have been resolved in a timely manner.

Dated: February 12, 2008