IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01503-REB-KLM

TERRY L. PERKINS,
TERESA A. PERKINS, and
TODD PERKINS,

    Plaintiffs,

v.

JERRY JOHNSON, d/b/a Jupiter Lending, and
MATTHEW GREEN, individually and d/b/a Jupiter Lending,

    Defendants,

LEONID SHIFRIN, individually and d/b/a Jupiter Lending,

    Defendant and Third-Party Plaintiff,

JENNIFER M. FRY, d/b/a Mile High Mortgage Planning, d/b/a Mile High Mortgage Process,

    Third-Party Defendant.
_____

## ORDER DISCHARGING ORDER TO SHOW CAUSE
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the Court's Order to Show Cause issued to Plaintiffs on January 11, 2008 [Docket No. 129]. Plaintiffs failed to respond to the Order, and the Court recommended that Plaintiffs' case against Defendant Matthew Green be dismissed with prejudice on February 4, 2008 [Docket No. 135].

    IT IS HEREBY **ORDERED** that the Order to Show Cause is **DISCHARGED**.

Dated: February 22, 2008

                                                 BY THE COURT:
                                                 s/ Kristen L. Mix
                                                 U.S. Magistrate Judge
                                                 Kristen L. Mix